PRUDENTIAL HOME MORTGAGE COMPANY, INC. *v.*
HANS G. REICHARDT ET AL.
(11982)

DALY, FOTI and SCHALLER, Js.

Submitted on briefs June 4—decision released June 29, 1993

*Hans G. Reichardt,* pro se, and *Doreen L. Reichardt,* pro se, the appellants (named defendant et al.) submitted a brief.

*Neil A. Lippman* submitted a brief for the appellee (plaintiff).

PER CURIAM. The judgment is affirmed.